# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WARD BOND,** | : | CIVIL ACTION NO. 1:18-CV-161 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **OFFICE OF VOCATIONAL REHABILITATION,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of June, 2018, upon consideration of the order (Doc. 6) entered by Magistrate Judge Martin C. Carlson on April 16, 2018, wherein Judge Carlson provided notice to *pro se* plaintiff Ward Bond ("Bond") that Bond had failed to comply with Federal Rule of Civil Procedure 4(m) regarding timely service of an initial complaint, and wherein Judge Carlson granted Bond until April 27, 2018 to effect service or to show cause why the matter should not be dismissed for failure to effect proper service, (see Doc. 6), and further upon consideration of the report (Doc. 7) issued May 14, 2018, wherein Judge Carlson recommends that the court dismiss the above-captioned action given Bond's failure to make timely service or to comply with the court's show cause order, (see id. at 2-4), and it appearing that Bond has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court observing that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should "afford some level of

review to dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with Judge Carlson that the above-captioned action should be dismissed pursuant to Rule 4(m), and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. The report (Doc. 7) of Magistrate Judge Carlson is ADOPTED.

2. The above-captioned action is DISMISSED for failure to effect timely service as required by Federal Rule of Civil Procedure 4(m).

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania